EVANS, CRAVEN & LACKIE, PS
Heather C. Yakely, ISB #6970
hyakely@ecl-law.com
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
Telephone: (509) 455-5200

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICHARD STEVEN CRAMER<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN LUKE OMODT, in his Individual capacity, STEVEN RAYFORD BRASHAW in his individual capacity, and, BONNER COUNTY, a body Corporate and politic in the State of Idaho.<br>　　　　　Defendants. | Case No. 2:24-CV-408<br><br>NOTICE OF APPEARANCE |

**TO:　　RICHARD STEVEN CRAMER, Plaintiff;**
**AND TO:　CLERK OF THE COURT**

　　COME NOW All Defendants, and herewith enter an appearance in the above-entitled action through **HEATHER C. YAKELY**, of Evans, Craven & Lackie, PLLC, attorneys of record, and request that all further pleadings herein, exclusive of process, be served upon said attorneys at their office address stated below:

NOTICE OF APPEARANCE-1

Heather C. Yakely
Evans, Craven & Lackie, PLLC
818 W. Riverside Ave, Suite 250
Spokane, WA 99201
509-455-5200
hyakely@ecl-law.com

The Defendants hereby specifically reserve all defenses as to lack of jurisdiction, improper venue, insufficiency of process or any other defenses available to these Defendants.

DATED this 19th day of September, 2024.

EVANS, CRAVEN & LACKIE, PS


By: s/ Heather C. Yakely
Heather C. Yakely, ISB # 6970
Attorney for Defendants

NOTICE OF APPEARANCE-2



## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2024, I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Daniel Sheckler:     danielsheckler@gmail.com

EVANS, CRAVEN & LACKIE, PS

By    s/ Heather C. Yakely
Heather C. Yakely, #6970
Attorney for Defendants
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
hyakely@ecl-law.com

NOTICE OF APPEARANCE-3

