EVANS, CRAVEN & LACKIE, PS
Heather C. Yakely, ISB #6970
hyakely@ecl-law.com
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
Telephone: (509) 455-5200

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICHARD STEVEN CRAMER<br><br>    Plaintiff,<br><br>  v.<br><br>BENJAMIN LUKE OMODT, in his Individual capacity, STEVEN RAYFORD BRASHAW in his individual capacity, and, BONNER COUNTY, a body Corporate and politic in the State of Idaho.<br>                    Defendants. | Case No. 2:24-CV-408- DKG<br><br>STIPULATION MOTION AND ORDER TO CONTINUE THE DEADLINE FOR THE DEFENDANTS' ANSWER TO THE PLAINTIFFS' COMPLAINT AND RESET SCHEDULING CONFERENCE |

**I. STIPULATION**

COME NOW the parties by and through their respective counsel, and hereby move the Court for an order granting the Parties' Stipulated Motion to Continue the Deadline for the Defendants' Answer to the Plaintiff's Complaint.

FURTHER the parties move for the Court to reset the Telephonic Scheduling Conference.

THIS MOTION is based upon the files and records herein and upon the Memorandum in support thereof filed herein.

STIPULATED MOTION AND ORDER TO CONTINUE THE DEADLINE FOR THE DEFENDANTS' ANSWER TO THE PLAINTIFF'S COMPLAINT AND RESET SCHEDULING CONFERENCE-1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200 fax; (509) 455-3632

## II. MEMORANDUM

The parties stipulate and agree that the current deadline for the Defendants' Answer on September 27th, 2024, be struck and a new mutually agreed upon date be set. The parties on this matter have conferred and agreed upon a new deadline of October 18, 2024.

Plaintiff's counsel has successfully served the Summons and Complaint on Luke Omodt, Bonner County and Steven Bradshaw on September 6th, 2024. Attorney Heather Yakely was recently appointed by Bonner County to represent Bonner County and the individually named Defendants on September 17th, 2024. Since her appointment she has diligently attempted contact with both individually named Defendants Luke Omodt and Steven Bradshaw. Despite her efforts to call and email the last known contact information for these clients, these efforts have been unsuccessful.

Defense counsel will be out of the country from October 27th, 2024, through November 8th, 2024. The Telephonic Scheduling Conference is currently scheduled for November 6th, 2024, at 10:30 am when Defense counsel is unavailable. The parties have conferred and agreed that a 30-day continuance to this conference would be valuable to the Parties to allow them to evaluate the discovery plan and plan accordingly.

All parties agree to these continuances and there will be no prejudice to either party.

STIPULATED MOTION AND ORDER TO CONTINUE THE DEADLINE FOR THE DEFENDANTS' ANSWER TO THE PLAINTIFF'S COMPLAINT AND RESET SCHEDULING CONFERENCE-2

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200 fax; (509) 455-3632

### III.   ORDER

For the reasons stated above the Parties respectfully request this motion to Continue the Deadline for the Defendants' Answer to Complaint be granted and the new mutually agreed deadline of October 18, 2024, be reflected. Further, the Parties request that the Telephonic Scheduling Conference be continued at least 30 days from November 6th, 2024, for a December hearing at the Court's discretion.

Dated ____ October 2024.

_____
Honorable Magistrate Debora K. Grasham

PRESENTED BY:

EVANS, CRAVEN & LACKIE, PS

By: *s/* Heather Yakely
Heather C. Yakely, ISB #6970
Attorney for Defendants

SHECKLER LAW OFFICE, PLLC

By: *s/* Dan Sheckler
Daniel Sheckler, ISB #7773
Attorney for Plaintiff

STIPULATED MOTION AND ORDER TO CONTINUE THE DEADLINE FOR THE DEFENDANTS' ANSWER TO THE PLAINTIFF'S COMPLAINT AND RESET SCHEDULING CONFERENCE-3

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200 fax; (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Daniel Sheckler: danielsheckler@gmail.com

EVANS, CRAVEN & LACKIE, PS

By  *s*/ Heather C. Yakely
Heather C. Yakely, ISB #6970
Attorney for Defendants
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
hyakely@ecl-law.com

STIPULATED MOTION AND ORDER TO CONTINUE THE DEADLINE FOR THE DEFENDANTS' ANSWER TO THE PLAINTIFF'S COMPLAINT AND RESET SCHEDULING CONFERENCE-4



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200 fax; (509) 455-3632