EVANS, CRAVEN & LACKIE, PS
Heather C. Yakely, ISB #6970
hyakely@ecl-law.com
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
Telephone: (509) 455-5200

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICHARD STEVEN CRAMER<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN LUKE OMODT, in his Individual capacity,<br>STEVEN RAYFORD BRADSHAW in his individual capacity, and,<br>BONNER COUNTY, a body Corporate and politic in the State of Idaho.<br><br>Defendants. | Case No. 2:24-CV-408 AKB<br><br>STIPULATED MOTION FOR ORDER OF DISMISSAL OF DEFENDANTS WITH PREJUDICE AND WITHOUT COSTS |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants Benjamin Luke Omodt, Steven Rayford Bradshaw, and Bonner County, and through their respective counsel that that all parties have fully settled and compromised, and that all causes of action against Benjamin Luke Omodt, Steven Rayford Bradshaw, and Bonner County, may be dismissed with prejudice and without cost to any party.



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200 fax; (509) 455-3632

DATED this 31st day of January 2025.

EVANS, CRAVEN & LACKIE, P.S.

*s/ Heather C. Yakely*
HEATHER C. YAKELY, ISB # #6970
Attorney for Defendants

SHECKLER LAW OFFICE, PLLC

*s/ Daniel Sheckler*
DANIEL SHECKLER, ISB #7773
Attorney for Plaintiff



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200 fax; (509) 455-3632

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2025, I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Daniel Sheckler: danielsheckler@gmail.com

EVANS, CRAVEN & LACKIE, PS

By s/ Heather C. Yakely
Heather C. Yakely, #6970
Attorney for Defendants
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
hyakely@ecl-law.com



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200 fax; (509) 455-3632